**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GLOBAL RESCUE JETS LLC, a Delaware corporation d/b/a JET RESCUE,<br><br>Plaintiff,<br><br>v.<br><br>KAISER FOUNDATION HEALTH PLAN, INC., a California corporation, d/b/a Kaiser Permanente,<br><br>Defendant. | Case No.: 3:19-cv-01737-L-NLS<br><br>**ORDER:**<br><br>**(1) GRANTING PLAINTIFF'S MOTION TO VACATE [Doc. 10]; AND**<br><br>**(2) DENYING AS MOOT DEFENDANT'S MOTION TO DISMISS [Doc. 5]** |

On September 17, 2019, Defendant filed a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(1) [Doc. 5]. Instead of filing an opposition, on October 8, 2019, Plaintiff filed an amended complaint. *See* Doc. 8. Pursuant to Federal Rule of Civil Procedure 15(a), the amended complaint was timely filed as of right. An amended complaint supersedes a prior complaint as a pleading. *Ramirez v. County of San Bernardino*, 806 F.3d 1002, 1008 (9th Cir. 2015). Accordingly, Defendants' motion to dismiss the initial complaint is **DENIED AS MOOT**.

On October 14, 2019, Plaintiff's also filed a motion to vacate the hearing date related to Defendant's motion to dismiss. In light of Plaintiff filling an amended

-1-

complaint, the briefing schedule and its attendant hearing date shall be vacated. Accordingly, Plaintiff's motion to vacate is **GRANTED**.

      **IT IS SO ORDERED.**

Date:  October 15, 2018

Hon. M. James Lorenz
United States District Judge